**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
*04/20*

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Leslie**<br>First name<br><br>**F.**<br>Middle name<br><br>**Stern**<br>Last name and Suffix (Sr., Jr., II, III) | **Denise**<br>First name<br><br>**U.**<br>Middle name<br><br>**Stern**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7209 | xxx-xx-0246 |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **55 Bank Street**<br>**Unit 1521**<br>**White Plains, NY 10606**<br>Number, Street, City, State & ZIP Code<br><br>**Westchester**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☑ Yes.

| Debtor | **East Coast Envelope & Graphics, LLC** | Relationship to you | **Business** |
|---|---|---|---|
| District | **Eastern District of New York** | When **2/20/20** | Case number, if known **20-41023** |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11.** **Do you rent your residence?**

- ☐ No. Go to line 12.
- ☑ Yes. Has your landlord obtained an eviction judgment against you?
  - ☑ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Leslie F. Stern | /s/ Denise U. Stern |
| --- | --- |
| **Leslie F. Stern** | **Denise U. Stern** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **April 30, 2020** | Executed on **April 30, 2020** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Leslie F. Stern** | | |
|---|---|---|---|
| Debtor 2 | **Denise U. Stern** | Case number *(if known)* | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Yann Geron**
Signature of Attorney for Debtor

Date    **April 30, 2020**
MM / DD / YYYY

**Yann Geron**
Printed name

**Reitler Kailas & Rosenblatt LLC**
Firm name

**885 Third Avenue**
**20th Floor**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone   **212-209-3050**

Email address   **ygeron@reitlerlaw.com**

Bar number & State

| Debtor 1 | **Leslie F. Stern** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denise U. Stern** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:   Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $   0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $   162,989.25 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $   162,989.25 |

**Part 2:   Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   76,768.00 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $   0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $   2,758,680.49 |
| **Your total liabilities** | $   2,835,448.49 |

**Part 3:   Summarize Your Income and Expenses**

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $   2,102.00 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $   6,087.56 |

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 325,000.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 325,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Leslie F. Stern** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denise U. Stern** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.

   ☐ Yes. Where is the property?

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No

   ■ Yes

| 3.1 | Make: | **Lexus** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **RX** | ☐ Debtor 1 only | |
| | Year: | **2017** | ☐ Debtor 2 only | |
| | Approximate mileage: | **43,000** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Debtors intend to surrender** | | ☐ Check if this is community property (see instructions) | $25,821.00 / $25,821.00 |

| 3.2 | Make: | **Lexus** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **NX** | ☐ Debtor 1 only | |
| | Year: | **2016** | ☐ Debtor 2 only | |
| | Approximate mileage: | **83,000** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Debtors intend to surrender** | | ☐ Check if this is community property (see instructions) | $14,308.00 / $14,308.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................=>

| $40,129.00 |
| --- |

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Everyday household furnishings, kitchenware, decorative items, artwork, etc. | $4,000.00 |
| --- | --- |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| Televisions, cell phones, computer | $500.00 |
| --- | --- |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Everyday clothing | $1,200.00 |
| --- | --- |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Everyday jewelry (wedding bands, watch, etc.) | **$3,500.00** |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................................... | **$9,200.00** |

---

**Part 4:** **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes..........................................................................

| | Cash | **$125.00** |
|---|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo**<br>**Acct # ******3454** | **$0.00** |
| 17.2. | **Checking** | **JPMorgan Chase**<br>**Acct # ******7919**<br>**Joint account with William Ungar (Debtor 2's deceased father)** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes..................

| | Institution or issuer name: | |
|---|---|---|
| | **U.S. and Israeli bonds (value is approximate)** | **$2,000.00** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **JDSML United, L.P.** | **98** % | **$0.00** |

---

| **LSDS United, L.P.** | **98** | % | **$0.00** |
|---|---|---|---|
| **East Coast Envelope & Graphics, LLC (company filed for Chapter 7 bankruptcy on 2/20/20)** | **100** | % | **Unknown** |
| **15,666 shares of Precision Biologics Inc. inherited from debtor's father (company develops and manufactures therapeutic and diagnostic products for the early detection and treatment of cancer)** | | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                           Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
           Type of account:        Institution name:

| **IRA** | **Fidelity Investments**<br>**Acct. #: 221-307\*\*\*** | **$1,722.25** |
|---|---|---|

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. ....................                  Institution name or individual:

| **Rental deposit** | **WP North Tower LLC** | **$750.00** |
|---|---|---|

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☐ No
- ■ Yes. Give specific information..

| | |
|---|---|
| Retroactive Social Security Income (retroactive to November 2019) | $10,477.00 |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| The Principal Financial Group, universal life insurance policy # 6190488 | Leslie and Denise Stern 2009 Insurance Trust fbo Stern children | $68,000.00 |
| Genworth Financial Inc., long term care insurance policy (no cash surrender value; value is maximum lifetime amount and benefits under plan/maximum daily claim amount is $327.82) | | $20,586.00 |
| Lincoln Financial Group, term life insurance policy | Leslie and Denise Stern 2009 Insurance Trust fbo Stern children | $10,000.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

☑ No

☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................. | **$113,660.25**

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes.  Go to line 38.

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

---

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---:|---:|
| 55.  **Part 1: Total real estate, line 2** ......................................................................... | | **$0.00** |
| 56.  **Part 2: Total vehicles, line 5** | **$40,129.00** | |
| 57.  **Part 3: Total personal and household items, line 15** | **$9,200.00** | |
| 58.  **Part 4: Total financial assets, line 36** | **$113,660.25** | |
| 59.  **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61.  **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62.  **Total personal property.** Add lines 56 through 61... | **$162,989.25** | Copy personal property total ▶ **$162,989.25** |
| 63.  **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$162,989.25** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Leslie F. Stern** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denise U. Stern** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Everyday household furnishings, kitchenware, decorative items, artwork, etc.**<br>Line from *Schedule A/B*: **6.1** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(5)** |
| **Televisions, cell phones, computer**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(5)** |
| **Everyday clothing**<br>Line from *Schedule A/B*: **11.1** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(5)** |
| **Everyday jewelry (wedding bands, watch, etc.)**<br>Line from *Schedule A/B*: **12.1** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(6)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(9)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Leslie F. Stern** | | |
|---|---|---|---|
| Debtor 2 | **Denise U. Stern** | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: Wells Fargo**<br>**Acct # ******3454**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(9)** |
| **Checking: JPMorgan Chase**<br>**Acct # ******7919**<br>**Joint account with William Ungar**<br>**(Debtor 2's deceased father)**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(9)** |
| **U.S. and Israeli bonds (value is**<br>**approximate)**<br>Line from *Schedule A/B*: **18.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law §**<br>**283(1)** |
| **JDSML United, L.P.**<br>**98 % ownership**<br>Line from *Schedule A/B*: **19.1** | $0.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law §**<br>**283(1)** |
| **LSDS United, L.P.**<br>**98 % ownership**<br>Line from *Schedule A/B*: **19.2** | $0.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law §**<br>**283(1)** |
| **East Coast Envelope & Graphics,**<br>**LLC (company filed for Chapter 7**<br>**bankruptcy on 2/20/20)**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.3** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law §**<br>**283(1)** |
| **15,666 shares of Precision Biologics**<br>**Inc. inherited from debtor's father**<br>**(company develops and**<br>**manufactures therapeutic and**<br>**diagnostic products for the early**<br>**detection and treatment of cancer)**<br>Line from *Schedule A/B*: **19.4** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law §**<br>**283(1)** |
| **IRA: Fidelity Investments**<br>**Acct. #: 221-307***<br>Line from *Schedule A/B*: **21.1** | $1,722.25 | ■ $1,722.25<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(e)** |
| **Rental deposit: WP North Tower LLC**<br>Line from *Schedule A/B*: **22.1** | $750.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(g)** |
| **Retroactive Social Security Income**<br>**(retroactive to November 2019)**<br>Line from *Schedule A/B*: **30.1** | $10,477.00 | ■ $10,477.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law §**<br>**282(2)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **The Principal Financial Group, universal life insurance policy # 6190488**<br>**Beneficiary: Leslie and Denise Stern 2009 Insurance Trust fbo Stern children**<br>Line from *Schedule A/B*: **31.1** | $68,000.00 | ■ $68,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** |
| **Genworth Financial Inc., long term care insurance policy (no cash surrender value; value is maximum lifetime amount and benefits under plan/maximum daily claim amount is $327.82)**<br>Line from *Schedule A/B*: **31.2** | $20,586.00 | ■ $20,586.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** |
| **Lincoln Financial Group, term life insurance policy**<br>**Beneficiary: Leslie and Denise Stern 2009 Insurance Trust fbo Stern children**<br>Line from *Schedule A/B*: **31.3** | $10,000.00 | ■ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Leslie F. Stern** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | **Denise U. Stern** |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1 Toyota Financial**
Creditor's Name

**PO BOX 15012
Chandler, AZ 85244-5012**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**2017 Lexus RX 43,000 miles
Debtors intend to surrender**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| $47,246.00 | $25,821.00 | $21,425.00 |
|---|---|---|

**2.2 Toyota Financial**
Creditor's Name

**PO BOX 15012
Chandler, AZ 85244-5012**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**2016 Lexus NX 83,000 miles
Debtors intend to surrender**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| $29,522.00 | $14,308.00 | $15,214.00 |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$76,768.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$76,768.00** |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Leslie F. Stern** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Denise U. Stern** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **Insolvency Unit** | When was the debt incurred? | | | |
| | **PO Box 7317** | | | | |
| | **Philadelphia, PA 19101-7317** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only. Potential business claim.**

| 2.2 | NYC Dept. of Finance | Last 4 digits of account number | Unknown | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Priority Creditor's Name**
**Attn: Bankruptcy**
**66 John Street, Room 104**
**New York, NY 10038**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice Only. Potential business claim.**

| 2.3 | NYS Dept. Tax and Finance | Last 4 digits of account number | Unknown | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Priority Creditor's Name**
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice only. Potential business claim.**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

---

| 4.1 | **A Duie Pyle Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**650 Westtown Road**
**PO Box 564**
**West Chester, PA 19381**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 | **A1 Expert Service** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**91 Marcus Boulevard**
**Hauppauge, NY 11788**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.3 | **Above & Beyond** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 121**
**Franklin Square, NY 11010**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.4 | **Academy Fire** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**42 Broadway**

**Lynbrook, NY 11563**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

---

| 4.5 | **ADS/Comenity/Victoria** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 182273**

**Columbus, OH 43218-2273**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card**

---

| 4.6 | **Alfred Wilkowski** | Last 4 digits of account number _____ | **$147,913.00** |

Nonpriority Creditor's Name

**677 Park Lane**

**Valley Stream, NY 11581**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Personal liability wage claim**

| 4.7 | **All Printing Resources** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**140 West Lake Drive**

**Glendale Heights, IL**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify **Business debt**

---

| 4.8 | **Allied Financial Corp. of Del.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**151 Fries Mill Road**

**Ste 503, 2nd Floor**

**Turnerville, NJ 08012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify **Business debt**

---

| 4.9 | **Allied Financial Corp. of Del.** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name

**151 Fries Mill Road**

**Ste 503, 2nd Floor**

**Turnerville, NJ 08012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify **Personal guarantee on business debt.**

| 4.1 0 | **Allied Knife Grinding** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**180 Bangor Street**
**Lindenhurst, NY 11757**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 1 | **Ally Financial** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 380901**
**Bloomington, MN 55438**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **1923**     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only**

---

| 4.1 2 | **American Express** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 981537**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **3000**     **$52,600.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt**

| 4.1 3 | **American Express** | **Last 4 digits of account number** | 3654 | $18,111.13 |

Nonpriority Creditor's Name

**P.O. Box 981537**
**El Paso, TX 79998**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases - Platinum Card**

---

| 4.1 4 | **American Express** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 1270**
**Newark, NJ 07101-1270**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 5 | **American Express** | **Last 4 digits of account number** | 1992 | **Unknown** |

Nonpriority Creditor's Name

**PO Box 981537**
**El Paso, TX 79998**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card**

| 4.1 6 | **American Express** | Last 4 digits of account number | 7427 | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 981537**
**El Paso, TX 79998**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card**

---

| 4.1 7 | **American Express** | Last 4 digits of account number | 3151 | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 981537**
**El Paso, TX 79998**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card**

---

| 4.1 8 | **American Holt Corp.** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**203 Carnegie Row**
**Norwood, MA 02062**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 4.1 9 | **American Paper Corp.** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**26-B Emma Street, Ste. 1**
**Amelia Ind Park**
**Guaynabo, PR 00968**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 0 | **AMEX/DSNB** | Last 4 digits of account number  **XXXX** | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 78008**
**Phoenix, AZ 85062-8008**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.2 1 | **Amy Wilkowski** | Last 4 digits of account number _____ _____ | **$28,182.92** |

Nonpriority Creditor's Name

**677 Park Lane**
**Valley Stream, NY 11581**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal liability wage claim**

---

| 4.2 2 | **Anderson & Vreeland Inc.** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**8 Evans Street**
**Fairfield, NJ 07004**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 3 | **Argo Envelope** | **Last 4 digits of account number** _____ | **$499,635.99** |

Nonpriority Creditor's Name
**43-10 21st Street**
**Long Island City, NY 11101**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory note. Business debt.**

---

| 4.2 4 | **Aries Electric** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**59-52 55th Drive**
**Maspeth, NY 11378**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

| 4.2 5 | **Asselin, Shawn** | | | |

Nonpriority Creditor's Name

**14 Crawford Terrace**

**Riverside, CT 06878**

Number Street City State Zip Code

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.2 6 | **Associated Pacific** | | | |

Nonpriority Creditor's Name

**724 Via Alondra**

**Camarillo, CA 93012**

Number Street City State Zip Code

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.2 7 | **Atlantic States** | | | |

Nonpriority Creditor's Name

**147 Gazza Boulevard**

**Farmingdale, NY 11735**

Number Street City State Zip Code

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.2 8 | | | |
|---|---|---|---|

**Avrick, Stuart**
Nonpriority Creditor's Name

**375 South End Avenue**
**9E**
**New York, NY 10280**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                $10,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal Loan** _____

---

| 4.2 9 | | | |
|---|---|---|---|

**B.C.S., Inc / Bus. Credit Sol.**
Nonpriority Creditor's Name

**242 East Ogden Avenue**
**2nd Floor**
**Hinsdale, IL 60521**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt** _____

---

| 4.3 0 | | | |
|---|---|---|---|

**Baker Titan**
Nonpriority Creditor's Name

**25 Lake Street**
**Farmingdale, NY 11735**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt** _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 4.3 1 | **Best Buy** | Last 4 digits of account number  **XXXX** | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 790441**
**Saint Louis, MO 63179-0441**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Credit Card**

---

| 4.3 2 | **Best Cutting Die** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 9217**
**Elk Grove Village, IL 60009**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Business debt**

---

| 4.3 3 | **Blue Bridge Financial LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**11911 Freedom Dr.**
**One Fountain Square, Ste. 570**
**Reston, VA 20190**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Business debt**

---

| 4.3 4 | **Borders Folding Carton** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**501 Northpoint Way**
**Acworth, GA 30102**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt** _____

---

| 4.3 5 | **Braden Sutphin Ink** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**Wikoff Color PO Box 734189**
**Chicago, IL 60673**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt** _____

---

| 4.3 6 | **Buyers Laboratory** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**80 Litte Falls Road**
**Fairfield, NJ 07004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt** _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 4.37 | **Canon Solution America** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**One Canon Park**
**Melville, NY 11747**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

- [x] Other. Specify   **Business debt**

---

| 4.38 | **Capital One** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO Box 6492**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

- [x] Other. Specify   **Business debt**

---

| 4.39 | **Capital One / Saks Fifth** | Last 4 digits of account number | 3750 | **Unknown** |

Nonpriority Creditor's Name
**520 W Parkland Drive**
**Sandy, UT 84070**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

- [x] Other. Specify   **Credit card**

---

| 4.4 0 | | | |
|---|---|---|---|

**Capital One Bank USA NA**

Nonpriority Creditor's Name

**PO Box 90281**
**Salt Lake City, UT 84130-0281**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **8435**                    **$51,640.36**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

| 4.4 1 | | | |
|---|---|---|---|

**Capital One/L&T**

Nonpriority Creditor's Name

**PO BOX 7680**
**Carol Stream, IL 60116-7680**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **XXXX**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

| 4.4 2 | | | |
|---|---|---|---|

**Capital One/Saks**

Nonpriority Creditor's Name

**PO BOX 7680**
**Carol Stream, IL 60116-7680**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **XXXX**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 4.4 3 | **Capitol Sprinkler** | | |

Nonpriority Creditor's Name

**51-51 59th Place**
**Woodside, NY 11377**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

| 4.4 4 | **Cascades** | | |

Nonpriority Creditor's Name

**PO Box 67364**
**Detroit, MI 48267**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

| 4.4 5 | **Cavert Wire** | | |

Nonpriority Creditor's Name

**PO Box 602673**
**Charlotte, NC 28260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

| 4.4 6 | **Century Industrial** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**26-27 Jackson Avenue**
**Long Island City, NY 11101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

| 4.4 7 | **Cenveo** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 802035**
**Chicago, IL 60680**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

| 4.4 8 | **CEO Cutting Equipment** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**817 Plum Rose Drive**
**Liberty, MO 64068**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

| | | | |
|---|---|---|---|
| **4.4 9** | **Chase Auto Finance** | Last 4 digits of account number **1024** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 901003**

**Fort Worth, TX 76101**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Notice only** _____

---

| | | | |
|---|---|---|---|
| **4.5 0** | **Chase Auto Finance** | Last 4 digits of account number **1046** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 901003**

**Fort Worth, TX 76101**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Notice only** _____

---

| | | | |
|---|---|---|---|
| **4.5 1** | **Chase Auto Finance** | Last 4 digits of account number **1046** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 901003**

**Fort Worth, TX 76101**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Notice only** _____

| 4.5<br>2 | **Chase Auto Finance** | | Last 4 digits of account number | 1081 | **Unknown** |

Nonpriority Creditor's Name
**PO Box 901003**
**Fort Worth, TX 76101**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only**

---

| 4.5<br>3 | **Citicards CBNA** | | Last 4 digits of account number | 1981 | **Unknown** |

Nonpriority Creditor's Name
**5800 South Corporate Place**
**Sioux Falls, SD 57108**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

| 4.5<br>4 | **Citimortgage Inc** | | Last 4 digits of account number | 1981 | **Unknown** |

Nonpriority Creditor's Name
**5800 South Corporate Place**
**Sioux Falls, SD 57108**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only**

| 4.5 5 | **Citimortgage Inc** | Last 4 digits of account number | **XXXX** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 6243**
**Sioux Falls, SD 57117-6243**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Notice only**

---

| 4.5 6 | **Citizens Bank** | Last 4 digits of account number | **2147** | **$35,409.00** |

Nonpriority Creditor's Name

**970 Westminster Street**
**Providence, RI 02903**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Personal Loan**

---

| 4.5 7 | **City Medical of Upper** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 117091**
**Atlanta, GA 30368**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business debt**

---

| 4.5 8 | **CNA Insurance** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 790094**

**Saint Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify　**Business debt**

---

| 4.5 9 | **Comairco Equipment** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**28 Scouting Blvd. #E**

**Medford, NY 11763**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify　**Business debt**

---

| 4.6 0 | **Comenity Bank/AnntyLR** | **Last 4 digits of account number** **XXXX** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 182273**

**Columbus, OH 43218-2273**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☒ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify　**Credit Card**

| | |
|---|---|
| 4.6 1 | **Comenity Bank/AnntyLR** |

Nonpriority Creditor's Name

**PO Box 182273**

**Columbus, OH 43218-2273**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **XXXX**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| | |
|---|---|
| 4.6 2 | **Comenity Bank/ATYLRLMC** |

Nonpriority Creditor's Name

**PO Box 182273**

**Columbus, OH 43218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **XXXX**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| | |
|---|---|
| 4.6 3 | **Con Edison** |

Nonpriority Creditor's Name

**JAF Station**

**PO Box 1701**

**New York, NY 10116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

| 4.6 4 | | | |
|---|---|---|---|

**Continental Lift**

Nonpriority Creditor's Name

**127-18 Foch Boulevard**

**South Ozone Park, NY 11420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 5 | | | |
|---|---|---|---|

**Coral Color Process**

Nonpriority Creditor's Name

**50 Mall Drive**

**Commack, NY 11725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 6 | | | |
|---|---|---|---|

**Craig Envelope**

Nonpriority Creditor's Name

**220 Miller Place**

**Hicksville, NY 11801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

| 4.6 7 | **Crystal Springs** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 660579**

**Dallas, TX 75266**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

| 4.6 8 | **CST** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 415299**

**Boston, MA 02241**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

| 4.6 9 | **Cyngient** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**41 Plymouth Street**

**Fairfield, NJ 07004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

| 4.7 0 | **DC Graphics** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**59 Central Avenue**
**Ste. 15**
**Farmingdale, NY 11735**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt** _____

---

| 4.7 1 | **Deutch, Maury** | | **Last 4 digits of account number** _____ | **$50,000.00** |

Nonpriority Creditor's Name

**35 Roxbury Road**
**Rockville Centre, NY 11570**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Loan** _____

---

| 4.7 2 | **Deva's Trucking** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**21-01 29th Avenue**
**Astoria, NY 11102**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt** _____

| 4.7 3 | **Direct Energy** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 70220**

**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.7 4 | **Dr. Kenneth Kobliner** | Last 4 digits of account number _____ | **$1,250.00** |

Nonpriority Creditor's Name

**23 Bond Street**

**Great Neck, NY 11021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

| 4.7 5 | **East Tek Security Systems** | Last 4 digits of account number _____ | **$500.00** |

Nonpriority Creditor's Name

**30 Glenn Wild Road**

**Rock Hill, NY 12775**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

| 4.7<br>6 | **Echo Global** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**22168 Network Place**
**Chicago, IL 60673**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　**Business debt** _____

---

| 4.7<br>7 | **EMA Global** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**700 South Washington**
**Ste. 260**
**Alexandria, VA 22314**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　**Business debt** _____

---

| 4.7<br>8 | **EMT International** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**780 Centerline Drive**
**Oneida, WI 54155**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　**Business debt** _____

| 4.7 9 | **EZ Pass** | | Last 4 digits of account number | **7429** | **$108.75** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 149001**
**Staten Island, NY 10314-5001**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.8 0 | **EZ Pass** | | Last 4 digits of account number | **7604** | **$46.05** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.8 1 | **Falik, Dr. Shelley** | | Last 4 digits of account number | | **$50,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 40**
**Marion, IL 62959**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Personal Loan**

---

| 4.8 2 | | |
|---|---|---|

**FC Meyer**

Nonpriority Creditor's Name

**25110 Network Place**

**Chicago, IL 60673**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.8 3 | | |
|---|---|---|

**Federal Express**

Nonpriority Creditor's Name

**PO Box 371461**

**Pittsburgh, PA 15250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.8 4 | | |
|---|---|---|

**Five Star Carting**

Nonpriority Creditor's Name

**58-35 47th Street**

**Maspeth, NY 11378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

| 4.8 5 | **Gadge** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO Box 9471**

**New York, NY 10087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.8 6 | **Gasho** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**460 W. Gay Street**

**West Chester, PA 19380**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.8 7 | **Gettry Marcus** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1407 Broadway**

**40th Floor**

**New York, NY 10018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

| 4.8 8 | **Global Electronic** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**5325 Palmero Court**
**Buford, GA 30518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 9 | **Global Tranz** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 203285**
**Dallas, TX 75320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 0 | **Goodman, David** | **Last 4 digits of account number** _____ | **$50,000.00** |

Nonpriority Creditor's Name
**7 Seminole Way**
**Bloomfield, CT 06002**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

| 4.9 1 | **Granowitz, Jennifer & Daniel** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1775 York Avenue**
**New York, NY**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**$130,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal Loan**

---

| 4.9 2 | **H.O. Penn** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**122 Noxon Road**
**Poughkeepsie, NY 12603**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.9 3 | **Henkel** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 281666**
**Atlanta, GA 30384**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

| 4.9 4 | **Hudson Energy** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 29193**
**New York, NY 10087**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business debt**

---

| 4.9 5 | **Impact Fire** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**42 Broadway**
**Lynbrook, NY 11563**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business debt**

---

| 4.9 6 | **International Paper** | Last 4 digits of account number _____ | **$500,000.00** |

Nonpriority Creditor's Name
**6400 Poplar Avenue**
**Memphis, TN 38197**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**  4/2/2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Personal guarantee on business debt**

| 4.9 7 | **Interstate Envelope** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Manufacturing Corp.**
**677 Park Lane**
**Valley Stream, NY 11581**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.9 8 | **Interstate Envelope** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Manufacturing Corp.**
**677 Park Lane**
**Valley Stream, NY 11581**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt for lease of space**

---

| 4.9 9 | **Jay Hawk** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 4228**
**Olathe, KS 66063**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 00 | **Jere's Hardware** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**173-05 Horace Harding Expy.**
**Fresh Meadows, NY 11365**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.1 01 | **John Iacono** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**230 Knickerbocker Avenue**
**Bohemia, NY 11716**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.1 02 | **JPMCB AUTO** | **Last 4 digits of account number** **XXXX** | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 901076**
**Fort Worth, TX 76101-2076**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

**4.1 03**

**JPMCB AUTO**

Nonpriority Creditor's Name

**PO BOX 901076**

**Fort Worth, TX 76101-2076**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **XXXX**      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only**

---

**4.1 04**

**JPMCB Card Services**

Nonpriority Creditor's Name

**PO Box 15369**

**Wilmington, DE 19850**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **9037**      **$25,866.32**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card**

---

**4.1 05**

**JPMCB Card Services**

Nonpriority Creditor's Name

**PO Box 15369**

**Wilmington, DE 19850**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **0394;4720**      **$11,490.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card**

---

| 4.1 06 | **K.E.B. Pest Control** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**35 Grassy Sprain Road
Ste. LL2
Yonkers, NY 10710**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 07 | **Kaman Industrial** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 74556
Chicago, IL 60696**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 08 | **Lanco Adhesives** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1723 Ginesi Drive
Freehold, NJ 07728**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 09 | | |
|---|---|---|

**Leaf Capital Funding LLC**

Nonpriority Creditor's Name

**2005 Market Street**
**14th Floor**
**Philadelphia, PA 19103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 10 | | |
|---|---|---|

**Lemler Capital Advisors**

Nonpriority Creditor's Name

**Attn: Seth Lemler**
**60 West 57th Street, Apt. 14L**
**New York, NY 10019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$50,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Loan**

---

| 4.1 11 | | |
|---|---|---|

**Lentz & Gengaro LLP**

Nonpriority Creditor's Name

**347 Mt. Pleasant Ave, Ste 203**
**Attn: David Lentz, Esq.**
**West Orange, NJ 07052**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

| 4.1 12 | **Lexington Technologies** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 3214**
**Farmingdale, NY 11735**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 13 | **Lift Parts** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**56-60 59th Street**
**Maspeth, NY 11378**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 14 | **Lindemeyr Munroe** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 416207**
**Boston, MA 02241**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 4.1 15 | **Local 210 Teamsters** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**55 Broad Street**
**11th Floor**
**New York, NY 10004**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ At least one of the debtors and another

■ Contingent

☐ **Check if this claim is for a community debt**

■ Unliquidated

☐ Disputed

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

■ No

☐ Student loans

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt** _____

---

| 4.1 16 | **Lovell Safety** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**110 Williams Street**
**12th Floor**
**New York, NY 10038**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ At least one of the debtors and another

■ Contingent

☐ **Check if this claim is for a community debt**

■ Unliquidated

☐ Disputed

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

■ No

☐ Student loans

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt** _____

---

| 4.1 17 | **M.A.J. Enterprises** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**200 South Service Road**
**Ste. 103**
**Roslyn Heights, NY 11577**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ At least one of the debtors and another

■ Contingent

☐ **Check if this claim is for a community debt**

■ Unliquidated

☐ Disputed

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

■ No

☐ Student loans

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt** _____

| 4.1 18 | | | |
|---|---|---|---|

**M.J. Lemaku Storage Inc.**

Nonpriority Creditor's Name

**60 Oak Drive**
**Suite 600**
**Syosset, NY 11971**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____  **$6,876.12**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.1 19 | | | |
|---|---|---|---|

**MACYS/DSNB**

Nonpriority Creditor's Name

**PO Box 78008**
**Phoenix, AZ 85062-8008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **XXXX**  **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit card**

---

| 4.1 20 | | | |
|---|---|---|---|

**MACYS/DSNB**

Nonpriority Creditor's Name

**PO Box 78008**
**Phoenix, AZ 85062-8008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **XXXX**  **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

| 4.1<br>21 | **Marathon Cutting Die** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2340 Foster Avenue**
**Wheeling, IL 60090**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.1<br>22 | **Marina Auerbach M.D.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**18 East 77th Street**
**New York, NY 10075**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.1<br>23 | **Mark Andy** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**7561 Solutions Center**
**Chicago, IL 60677**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**4.1 24**

**Maspeth Pallet**

Nonpriority Creditor's Name

**5743 43rd Street**

**Maspeth, NY 11378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business debt** _____

---

**4.1 25**

**Mogul Technology**

Nonpriority Creditor's Name

**25 Murray Avenue**

**Port Washington, NY 11050**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business debt** _____

---

**4.1 26**

**Multi Plastics**

Nonpriority Creditor's Name

**PO Box 674**

**Lewis Center, OH 43035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business debt** _____

---

| 4.1 27 | **National Grid** | | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 11741**
**Newark, NJ 07101**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 28 | **New Penn Motor** | | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name
**24801 Network Place**
**Chicago, IL 60673**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 29 | **Nissan Infiniti LT** | | | **Last 4 digits of account number** 0943 | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 660366**
**Dallas, TX 75266**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only**

---

| 4.1 30 | | |
|---|---|---|

**Nissan Infiniti LT**

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   XXXX                          **Unknown**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

---

| 4.1 31 | | |
|---|---|---|

**Nordstrom/TD BANK USA**

Nonpriority Creditor's Name

**PO BOX 79137**
**Phoenix, AZ 85062-9137**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   XXXX                          **Unknown**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| 4.1 32 | | |
|---|---|---|

**Northland-Willett**

Nonpriority Creditor's Name

**12 High Street**
**PO Box 2160**
**Plainville, MA 02762**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   _____                          **Unknown**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.1 33 | **Northstar Pulp & Paper** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**89 Guion Street**
**Springfield, MA 01104**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guarantee on business debt.**

---

| 4.1 34 | **NYC Water Board** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 11863**
**Newark, NJ 07101**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 35 | **One Point Systems** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**10 Pickersgill Court**
**Quay W Busi Village**
**Suderland SR5 2AQ**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 4.1 36 | **Oxford Health Plans** | | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 1697**
**Newark, NJ 07101**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

---

| 4.1 37 | **Parmco Global** | | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 670385**
**Dallas, TX 75267**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

---

| 4.1 38 | **Paychex** | | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 4482**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

| 4.1 39 | **Persaud, Balwan** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**71-03 Little Neck Parkway**
**2nd Floor**
**Glen Oaks, NY 11004**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Buisness claim** _____

---

| 4.1 40 | **Pitney Bowes Global** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**PO Box 371887**
**Pittsburgh, PA 15250**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt** _____

---

| 4.1 41 | **Pixel Specialty Solution** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**228 S. Main Street**
**Spring Grove, PA 17362**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt** _____

| 4.1 42 | **Precise Rotary** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**9250 Ivanhoe Street**

**Schiller Park, IL 60176**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business debt** _____

---

| 4.1 43 | **President Industrial Products** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 387**

**Moonachie, NJ 07074**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business debt** _____

---

| 4.1 44 | **Propump** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**707 Woodfield Road**

**West Hempstead, NY 11552**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business debt** _____

| 4.1 45 | **Prosthodontic Associates** | Last 4 digits of account number ___ ___ ___ ___ | **$250.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**of Long Island**
**1 Hollow Lane**
**Lake Success, NY 11042**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 46 | **Purchase Power** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 371874**
**Pittsburgh, PA 15250**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 47 | **RBB Transport** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2941 Rockaway Avenue**
**Oceanside, NY 11572**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 48 | **Robert Rattner** | **Last 4 digits of account number** _____ | **$1,800.00** |

Nonpriority Creditor's Name

**22 B Street**

**Swan Lake, NY 12783**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 49 | **Rosmini Graphic** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**1375 Bangor Street**

**Copiague, NY 11726**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 50 | **Ross Electric** | **Last 4 digits of account number** _____ | **$250.00** |

Nonpriority Creditor's Name

**431 Twin Bridge Road**

**Ferndale, NY 12734**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 51 | **Sachs, Patricia** | | | **$25,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4200 Leland Street**
**Chevy Chase, MD 20815**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Loan**

---

| 4.1 52 | **Sarwal, Janet** | | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**89 Reservoir Avenue**
**Westfield, MA 01085**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 53 | **Schoenfeld, Melvin & Bela** | | | **$101,208.87** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11 Earle Drive**
**Syosset, NY 11791**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Confession of Judgment**

| 4.1 54 | **Schumacher & Farley PL** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**77-15 19th Road**
**2nd Floor**
**East Elmhurst, NY 11370**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 55 | **Seven Bridges Supply** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8500 Baycenter Road**
**Ste. 18**
**Jacksonville, FL 32256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 56 | **Simonson, Dr. Barry G.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3 Black Rock Road**
**Muttontown, NY 11791**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$25,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Loan**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 4.1 57 | **Slomins Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**125 Lauman Avenue**
**PO Box 1886**
**Hicksville, NY 11802**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.1 58 | **Spare Part Solutions** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**3374 Precision Drive**
**Rockford, IL 61109**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.1 59 | **Star NYL Paper & Tape** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**75 Stockholm Street**
**Brooklyn, NY 11221**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

| 4.1 60 | **Stern, Robert & Marian** | | **Last 4 digits of account number** _____ | | **$410,000.00** |

Nonpriority Creditor's Name
**215 East 73rd Street**
**New York, NY**
Number Street City State Zip Code

**When was the debt incurred?**   **5/2016-10/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

| 4.1 61 | **SYNC / Brooks Brothers** | | **Last 4 digits of account number**   **9525** | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.1 62 | **SYNCB/Banana Republic** | | **Last 4 digits of account number**   **XXXX** | | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 960061**
**Orlando, FL 32896-0061**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.1**
**63**

**SYNCB/GAP**

Nonpriority Creditor's Name

**PO BOX 96001**

**Orlando, FL 32896-0061**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **XXXX**                           **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Credit Card** _____

---

**4.1**
**64**

**SYNCB/LORD & TAYLOR**

Nonpriority Creditor's Name

**PO BOX 96001**

**Orlando, FL 32896-0061**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **XXXX**                           **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Credit Card** _____

---

**4.1**
**65**

**SYNCB/TJX COS**

Nonpriority Creditor's Name

**PO BOX 530948**

**Atlanta, GA 30353-0948**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **XXXX**                           **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit Card** _____

---

| 4.1 66 | **SYNCB/TJX COS** | | |

**SYNCB/TJX COS**
Nonpriority Creditor's Name
**PO BOX 530948**
**Atlanta, GA 30353-0948**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **XXXX**                 **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| 4.1 67 | **T&H Commack** | | |

**T&H Commack**
Nonpriority Creditor's Name
**59 Mall Drive**
**Commack, NY 11725**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____         **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

| 4.1 68 | **Tarica, Dr. David** | | |

**Tarica, Dr. David**
Nonpriority Creditor's Name
**145 Golf View Drive**
**Jericho, NY 11753**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____         **$25,000.00**

**When was the debt incurred?**   **9/2018**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal loan**

---

**4.1**
**69**

**Teamsters Local 210**

Nonpriority Creditor's Name

**c/o Crossroads Healthcare**
**PO Box 090360**
**Staten Island, NY 10309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.1**
**70**

**Top Promotional Drive**

Nonpriority Creditor's Name

**1794 Illinois Avenue**
**Perris, CA 92571**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.1**
**71**

**Toyota Motor Credit Corp.**

Nonpriority Creditor's Name

**5005 N River Boulevard NE**
**Cedar Rapids, IA 52411**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **492J**        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| 4.1 72 | | |
|---|---|---|

**Turtle & Hughes**
Nonpriority Creditor's Name

**1900 Lower Road**
**Linden, NJ 07036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

| 4.1 73 | | |
|---|---|---|

**Uline Inc.**
Nonpriority Creditor's Name

**PO Box 88741**
**Chicago, IL 60680**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

| 4.1 74 | | |
|---|---|---|

**Unishippers**
Nonpriority Creditor's Name

**81-28 Margaret Place**
**Ridgewood, NY 11385**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

| 4.1 75 | **United Products & Service** |
|---|---|

Nonpriority Creditor's Name

**450 ButlerStreet**
**Pittsburgh, PA 15223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

| 4.1 76 | **UPS** |
|---|---|

Nonpriority Creditor's Name

**55 Glendale Parkway NE**
**Atlanta, GA 30328**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

| 4.1 77 | **Veritiv** |
|---|---|

Nonpriority Creditor's Name

**PO Box 644520**
**Pittsburgh, PA 15264**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

| 4.1 78 | **Verizon** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 15124**
**Albany, NY 12212**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.1 79 | **Verizon Wireless** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 408**
**Newark, NJ 07101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.1 80 | **W&D North America** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 87-0375**
**Kansas City, MO 64187**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

**4.1 81**

**Waste Connections**

Nonpriority Creditor's Name

**PO Box 660654**
**Dallas, TX 75266**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.1 82**

**Waste Oil Solutions**

Nonpriority Creditor's Name

**109 Jersey Street**
**West Babylon, NY 11704**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.1 83**

**Waterman Electric**

Nonpriority Creditor's Name

**32 Newell Street**
**Brooklyn, NY 11222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 84 | **Webscope** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**99 West Hawthorne Avenue
Ste. 420
Valley Stream, NY 11580**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 85 | **Wells Fargo** | **Last 4 digits of account number** 0414 | **$325,000.00** |

Nonpriority Creditor's Name
**P.O. Box 5185
Sioux Falls, SD 57117-5185**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____
**Student Loan - Co-Signor**

---

| 4.1 86 | **Wells Fargo Bank** | **Last 4 digits of account number** 1043 | **Unknown** |

Nonpriority Creditor's Name
**PO Box 3117
Winston Salem, NC 27102**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **HELOC**

---

| 4.1 87 | **Wells Fargo Bank NA** | Last 4 digits of account number   **6664** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 31557**
**Billings, MT 59107**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **HELOC**

---

| 4.1 88 | **Wells Fargo Bank NA** | Last 4 digits of account number   **6877** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 31557**
**Billings, MT 59107**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **HELOC**

---

| 4.1 89 | **Wells Fargo Home Mortgage** | Last 4 digits of account number   **2057** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 10335**
**Corydon, IA 50060**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

---

**4.1 90**

**WestMed Medical Group**

Nonpriority Creditor's Name

**PO Box 417146**

**Boston, MA 02241-7146**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**$133.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.1 91**

**White Plains Hospital**

Nonpriority Creditor's Name

**41 East Post Road**

**White Plains, NY 10601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**Unknown**

**When was the debt incurred?**   2/25/2019-2/29/2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.1 92**

**White Plains Radiology**

Nonpriority Creditor's Name

**41 East Post Road**

**White Plains, NY 10601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**$408.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

| 4.1 93 | **Woolco Foods Inc.** | Last 4 digits of account number _____ | **$25,000.00** |

Nonpriority Creditor's Name

**Attn: Steven Toboroff**
**135 Amity Street**
**Jersey City, NJ 07304**

Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Loan**

---

| 4.1 94 | **Worcester Envelope** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**22 Millbury Street**
**Auburn, MA 01501**

Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

| 4.1 95 | **Wycoff Imaging** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 435**
**Martindale, PA 17549**

Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

| 4.1 96 | **XPO Logistics** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Fivew American Lane**
**Greenwich, CT 06831**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

**List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Armstrong Teasdale LLP**
**919 Third Avenue**
**37th Floor**
**New York, NY 10022**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.97** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Bella and Melvin Schoenfeld**
**16740 Colchester Court**
**Delray Beach, FL 33484**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.153** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 325,000.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,433,680.49 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 2,758,680.49 |

| Debtor 1 | **Leslie F. Stern** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denise U. Stern** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **WP North Tower LLC**<br>     **80 State Street**<br>     **Albany, NY 12207-8000** | **Apartment Lease/Rental Agreement** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Leslie F. Stern** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denise U. Stern** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | **Denise U. Stern** **55 Bank Street** **Unit 1521** **White Plains, NY 10606** | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G _____ |
| 3.2 | **Denise U. Stern** **55 Bank Street** **Unit 1521** **White Plains, NY 10606** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.104__ ☐ Schedule G _____ **JPMCB Card Services** |
| 3.3 | **East Coast Envelope & Graphics** **56-15 55th Drive** **Maspeth, NY 11378** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.23__ ☐ Schedule G _____ **Argo Envelope** |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**A Duie Pyle Inc.**

---

3.5 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.2___
☐ Schedule G _____
**A1 Expert Service**

---

3.6 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**Above & Beyond**

---

3.7 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.4___
☐ Schedule G _____
**Academy Fire**

---

3.8 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**All Printing Resources**

---

3.9 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Blue Bridge Financial LLC**

---

3.10 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
**Canon Solution America**

---

3.11 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.109___
☐ Schedule G _____
**Leaf Capital Funding LLC**

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.140__
☐ Schedule G _____
**Pitney Bowes Global**

3.13 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**Allied Knife Grinding**

3.14 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**American Express**

3.15 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**American Holt Corp.**

3.16 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**American Paper Corp.**

3.17 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.22__
☐ Schedule G _____
**Anderson & Vreeland Inc.**

3.18 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.24__
☐ Schedule G _____
**Aries Electric**

3.19 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.25__
☐ Schedule G _____
**Asselin, Shawn**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20 **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Associated Pacific** |
| 3.21 **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Atlantic States** |
| 3.22 **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**B.C.S., Inc / Bus. Credit Sol.** |
| 3.23 **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Baker Titan** |
| 3.24 **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**Best Cutting Die** |
| 3.25 **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Borders Folding Carton** |
| 3.26 **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Braden Sutphin Ink** |
| 3.27 **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Buyers Laboratory** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.28 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.43__
☐ Schedule G _____
**Capitol Sprinkler**

---

3.29 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.44__
☐ Schedule G _____
**Cascades**

---

3.30 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.45__
☐ Schedule G _____
**Cavert Wire**

---

3.31 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.47__
☐ Schedule G _____
**Cenveo**

---

3.32 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.48__
☐ Schedule G _____
**CEO Cutting Equipment**

---

3.33 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.57__
☐ Schedule G _____
**City Medical of Upper**

---

3.34 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.58__
☐ Schedule G _____
**CNA Insurance**

---

3.35 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**Comairco Equipment**

---

| Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

| | |
|---|---|
| 3.36 **East Coast Envelope & Graphics** 56-15 55th Drive Maspeth, NY 11378 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.63__ ☐ Schedule G _____ **Con Edison** |
| 3.37 **East Coast Envelope & Graphics** 56-15 55th Drive Maspeth, NY 11378 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.64__ ☐ Schedule G _____ **Continental Lift** |
| 3.38 **East Coast Envelope & Graphics** 56-15 55th Drive Maspeth, NY 11378 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.65__ ☐ Schedule G _____ **Coral Color Process** |
| 3.39 **East Coast Envelope & Graphics** 56-15 55th Drive Maspeth, NY 11378 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.66__ ☐ Schedule G _____ **Craig Envelope** |
| 3.40 **East Coast Envelope & Graphics** 56-15 55th Drive Maspeth, NY 11378 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.67__ ☐ Schedule G _____ **Crystal Springs** |
| 3.41 **East Coast Envelope & Graphics** 56-15 55th Drive Maspeth, NY 11378 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.68__ ☐ Schedule G _____ **CST** |
| 3.42 **East Coast Envelope & Graphics** 56-15 55th Drive Maspeth, NY 11378 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.69__ ☐ Schedule G _____ **Cyngient** |
| 3.43 **East Coast Envelope & Graphics** 56-15 55th Drive Maspeth, NY 11378 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.70__ ☐ Schedule G _____ **DC Graphics** |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44  **East Coast Envelope & Graphics**<br>56-15 55th Drive<br>Maspeth, NY 11378 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.72__<br>☐ Schedule G _____<br>**Deva's Trucking** |
| 3.45  **East Coast Envelope & Graphics**<br>56-15 55th Drive<br>Maspeth, NY 11378 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.73__<br>☐ Schedule G _____<br>**Direct Energy** |
| 3.46  **East Coast Envelope & Graphics**<br>56-15 55th Drive<br>Maspeth, NY 11378 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**Echo Global** |
| 3.47  **East Coast Envelope & Graphics**<br>56-15 55th Drive<br>Maspeth, NY 11378 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**EMA Global** |
| 3.48  **East Coast Envelope & Graphics**<br>56-15 55th Drive<br>Maspeth, NY 11378 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**A Duie Pyle Inc.** |
| 3.49  **East Coast Envelope & Graphics**<br>56-15 55th Drive<br>Maspeth, NY 11378 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**A1 Expert Service** |
| 3.50  **East Coast Envelope & Graphics**<br>56-15 55th Drive<br>Maspeth, NY 11378 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Above & Beyond** |
| 3.51  **East Coast Envelope & Graphics**<br>56-15 55th Drive<br>Maspeth, NY 11378 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Academy Fire** |

| Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.52   **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.5**_
☐ Schedule G _____
**ADS/Comenity/Victoria**

---

3.53   **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.6**_
☐ Schedule G _____
**Alfred Wilkowski**

---

3.54   **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.7**_
☐ Schedule G _____
**All Printing Resources**

---

3.55   **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.8**_
☐ Schedule G _____
**Allied Financial Corp. of Del.**

---

3.56   **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.9**_
☐ Schedule G _____
**Allied Financial Corp. of Del.**

---

3.57   **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.10**_
☐ Schedule G _____
**Allied Knife Grinding**

---

3.58   **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.12**_
☐ Schedule G _____
**American Express**

---

3.59   **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.13**_
☐ Schedule G _____
**American Express**

---

| Debtor 1 | **Leslie F. Stern** | Case number *(if known)* | |
|---|---|---|---|
| | **Denise U. Stern** | | |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.60 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
**American Express**

3.61 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.15___
☐ Schedule G _____
**American Express**

3.62 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**American Express**

3.63 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.17___
☐ Schedule G _____
**American Express**

3.64 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**American Holt Corp.**

3.65 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**American Paper Corp.**

3.66 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.20___
☐ Schedule G _____
**AMEX/DSNB**

3.67 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
**Anderson & Vreeland Inc.**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.68 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Argo Envelope**

---

3.69 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.24___
☐ Schedule G _____
**Aries Electric**

---

3.70 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.25___
☐ Schedule G _____
**Asselin, Shawn**

---

3.71 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.26___
☐ Schedule G _____
**Associated Pacific**

---

3.72 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.27___
☐ Schedule G _____
**Atlantic States**

---

3.73 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
**B.C.S., Inc / Bus. Credit Sol.**

---

3.74 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
**Baker Titan**

---

3.75 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**Best Cutting Die**

---

| Debtor 1 | **Leslie F. Stern** **Denise U. Stern** | Case number *(if known)* | |
|---|---|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.76 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.33__
☐ Schedule G _____
**Blue Bridge Financial LLC**

3.77 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.34__
☐ Schedule G _____
**Borders Folding Carton**

3.78 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.35__
☐ Schedule G _____
**Braden Sutphin Ink**

3.79 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Buyers Laboratory**

3.80 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.37__
☐ Schedule G _____
**Canon Solution America**

3.81 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
**Capital One**

3.82 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.40__
☐ Schedule G _____
**Capital One Bank USA NA**

3.83 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.43__
☐ Schedule G _____
**Capitol Sprinkler**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.84    **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.44__
☐ Schedule G _____
**Cascades**

---

3.85    **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.45__
☐ Schedule G _____
**Cavert Wire**

---

3.86    **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.46__
☐ Schedule G _____
**Century Industrial**

---

3.87    **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.47__
☐ Schedule G _____
**Cenveo**

---

3.88    **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.48__
☐ Schedule G _____
**CEO Cutting Equipment**

---

3.89    **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.53__
☐ Schedule G _____
**Citicards CBNA**

---

3.90    **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.57__
☐ Schedule G _____
**City Medical of Upper**

---

3.91    **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.58__
☐ Schedule G _____
**CNA Insurance**

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.92 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**Comairco Equipment**

---

3.93 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**Con Edison**

---

3.94 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**Continental Lift**

---

3.95 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.65__
☐ Schedule G _____
**Coral Color Process**

---

3.96 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**Craig Envelope**

---

3.97 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.67__
☐ Schedule G _____
**Crystal Springs**

---

3.98 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.68__
☐ Schedule G _____
**CST**

---

3.99 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.69__
☐ Schedule G _____
**Cyngient**

---

| Debtor 1 | **Leslie F. Stern** | Case number *(if known)* | |
| | **Denise U. Stern** | | |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>0 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**DC Graphics** |
| 3.10<br>1 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Deva's Trucking** |
| 3.10<br>2 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>**Direct Energy** |
| 3.10<br>3 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>**Echo Global** |
| 3.10<br>4 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>**EMA Global** |
| 3.10<br>5 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.78___<br>☐ Schedule G _____<br>**EMT International** |
| 3.10<br>6 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>**FC Meyer** |
| 3.10<br>7 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>**Federal Express** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.108 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>**Five Star Carting** |
|---|---|---|
| 3.109 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>**Gadge** |
| 3.110 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**Gasho** |
| 3.111 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>**Gettry Marcus** |
| 3.112 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>**Global Electronic** |
| 3.113 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>**Global Tranz** |
| 3.114 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**H.O. Penn** |
| 3.115 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.93__<br>☐ Schedule G _____<br>**Henkel** |

| Debtor 1 | **Leslie F. Stern** **Denise U. Stern** | Case number *(if known)* |
|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

3.11 6 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.94__
☐ Schedule G _____
**Hudson Energy**

3.11 7 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.95__
☐ Schedule G _____
**Impact Fire**

3.11 8 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __2.1__
☐ Schedule G _____
**Internal Revenue Service**

3.11 9 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.96__
☐ Schedule G _____
**International Paper**

3.12 0 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.97__
☐ Schedule G _____
**Interstate Envelope**

3.12 1 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.98__
☐ Schedule G _____
**Interstate Envelope**

3.12 2 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.99__
☐ Schedule G _____
**Jay Hawk**

3.12 3 **East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line __4.100__
☐ Schedule G _____
**Jere's Hardware**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Leslie F. Stern**<br>**Denise U. Stern** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.12
4
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line **4.101**
☐ Schedule G _____
**John Iacono**

---

3.12
5
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line **4.102**
☐ Schedule G _____
**JPMCB AUTO**

---

3.12
6
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line **4.103**
☐ Schedule G _____
**JPMCB AUTO**

---

3.12
7
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line **4.106**
☐ Schedule G _____
**K.E.B. Pest Control**

---

3.12
8
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line **4.107**
☐ Schedule G _____
**Kaman Industrial**

---

3.12
9
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line **4.108**
☐ Schedule G _____
**Lanco Adhesives**

---

3.13
0
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line **4.109**
☐ Schedule G _____
**Leaf Capital Funding LLC**

---

3.13
1
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line **4.111**
☐ Schedule G _____
**Lentz & Gengaro LLP**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.13
2

**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.112**
☐ Schedule G _____
**Lexington Technologies**

---

3.13
3

**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.113**
☐ Schedule G _____
**Lift Parts**

---

3.13
4

**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.114**
☐ Schedule G _____
**Lindemeyr Munroe**

---

3.13
5

**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.115**
☐ Schedule G _____
**Local 210 Teamsters**

---

3.13
6

**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.116**
☐ Schedule G _____
**Lovell Safety**

---

3.13
7

**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.117**
☐ Schedule G _____
**M.A.J. Enterprises**

---

3.13
8

**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.121**
☐ Schedule G _____
**Marathon Cutting Die**

---

3.13
9

**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.122**
☐ Schedule G _____
**Marina Auerbach M.D.**

---

| Debtor 1 | **Leslie F. Stern**<br>**Denise U. Stern** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.14<br>0 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378**<br><br>**Mark Andy** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.123___<br>☐ Schedule G _____ |
| 3.14<br>1 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378**<br><br>**Maspeth Pallet** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____ |
| 3.14<br>2 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378**<br><br>**Mogul Technology** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.125___<br>☐ Schedule G _____ |
| 3.14<br>3 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378**<br><br>**Multi Plastics** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____ |
| 3.14<br>4 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378**<br><br>**National Grid** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.127___<br>☐ Schedule G _____ |
| 3.14<br>5 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378**<br><br>**New Penn Motor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.128___<br>☐ Schedule G _____ |
| 3.14<br>6 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378**<br><br>**Nissan Infiniti LT** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.129___<br>☐ Schedule G _____ |
| 3.14<br>7 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378**<br><br>**Nissan Infiniti LT** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.130___<br>☐ Schedule G _____ |

| Debtor 1 | **Leslie F. Stern** **Denise U. Stern** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.14 8
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.131____
☐ Schedule G _____
**Nordstrom/TD BANK USA**

3.14 9
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.132____
☐ Schedule G _____
**Northland-Willett**

3.15 0
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.2____
☐ Schedule G _____
**NYC Dept. of Finance**

3.15 1
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.134____
☐ Schedule G _____
**NYC Water Board**

3.15 2
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.3____
☐ Schedule G _____
**NYS Dept. Tax and Finance**

3.15 3
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.135____
☐ Schedule G _____
**One Point Systems**

3.15 4
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.136____
☐ Schedule G _____
**Oxford Health Plans**

3.15 5
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.137____
☐ Schedule G _____
**Parmco Global**

| Debtor 1 | **Leslie F. Stern** | Case number *(if known)* | |
|---|---|---|---|
| | **Denise U. Stern** | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.15<br>6 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.138__<br>☐ Schedule G _____<br>**Paychex** |
| 3.15<br>7 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.139__<br>☐ Schedule G _____<br>**Persaud, Balwan** |
| 3.15<br>8 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.140__<br>☐ Schedule G _____<br>**Pitney Bowes Global** |
| 3.15<br>9 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.141__<br>☐ Schedule G _____<br>**Pixel Specialty Solution** |
| 3.16<br>0 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.142__<br>☐ Schedule G _____<br>**Precise Rotary** |
| 3.16<br>1 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.143__<br>☐ Schedule G _____<br>**President Industrial Products** |
| 3.16<br>2 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.144__<br>☐ Schedule G _____<br>**Propump** |
| 3.16<br>3 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>**Purchase Power** |

| | Additional Page to List More Codebtors | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.16<br>4 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.147___<br>☐ Schedule G _____<br>**RBB Transport** |
|---|---|---|
| 3.16<br>5 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.149___<br>☐ Schedule G _____<br>**Rosmini Graphic** |
| 3.16<br>6 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.152___<br>☐ Schedule G _____<br>**Sarwal, Janet** |
| 3.16<br>7 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.154___<br>☐ Schedule G _____<br>**Schumacher & Farley PL** |
| 3.16<br>8 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.155___<br>☐ Schedule G _____<br>**Seven Bridges Supply** |
| 3.16<br>9 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.157___<br>☐ Schedule G _____<br>**Slomins Inc.** |
| 3.17<br>0 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.158___<br>☐ Schedule G _____<br>**Spare Part Solutions** |
| 3.17<br>1 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.159___<br>☐ Schedule G _____<br>**Star NYL Paper & Tape** |

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.17<br>2 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.161__<br>☐ Schedule G _____<br>**SYNC / Brooks Brothers** |
| 3.17<br>3 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.162__<br>☐ Schedule G _____<br>**SYNCB/Banana Republic** |
| 3.17<br>4 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.163__<br>☐ Schedule G _____<br>**SYNCB/GAP** |
| 3.17<br>5 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.164__<br>☐ Schedule G _____<br>**SYNCB/LORD & TAYLOR** |
| 3.17<br>6 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.165__<br>☐ Schedule G _____<br>**SYNCB/TJX COS** |
| 3.17<br>7 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.166__<br>☐ Schedule G _____<br>**SYNCB/TJX COS** |
| 3.17<br>8 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.167__<br>☐ Schedule G _____<br>**T&H Commack** |
| 3.17<br>9 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.169__<br>☐ Schedule G _____<br>**Teamsters Local 210** |

| Debtor 1 | **Leslie F. Stern** **Denise U. Stern** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

| 3.18 0 | **East Coast Envelope & Graphics** **56-15 55th Drive** **Maspeth, NY 11378** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.170__ ☐ Schedule G _____ **Top Promotional Drive** |
|---|---|---|
| 3.18 1 | **East Coast Envelope & Graphics** **56-15 55th Drive** **Maspeth, NY 11378** | ■ Schedule D, line __2.1__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Toyota Financial** |
| 3.18 2 | **East Coast Envelope & Graphics** **56-15 55th Drive** **Maspeth, NY 11378** | ■ Schedule D, line __2.2__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Toyota Financial** |
| 3.18 3 | **East Coast Envelope & Graphics** **56-15 55th Drive** **Maspeth, NY 11378** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.171__ ☐ Schedule G _____ **Toyota Motor Credit Corp.** |
| 3.18 4 | **East Coast Envelope & Graphics** **56-15 55th Drive** **Maspeth, NY 11378** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.172__ ☐ Schedule G _____ **Turtle & Hughes** |
| 3.18 5 | **East Coast Envelope & Graphics** **56-15 55th Drive** **Maspeth, NY 11378** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.173__ ☐ Schedule G _____ **Uline Inc.** |
| 3.18 6 | **East Coast Envelope & Graphics** **56-15 55th Drive** **Maspeth, NY 11378** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.174__ ☐ Schedule G _____ **Unishippers** |
| 3.18 7 | **East Coast Envelope & Graphics** **56-15 55th Drive** **Maspeth, NY 11378** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.175__ ☐ Schedule G _____ **United Products & Service** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18<br>8 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.176__<br>☐ Schedule G _____<br>**UPS** |
| 3.18<br>9 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.177__<br>☐ Schedule G _____<br>**Veritiv** |
| 3.19<br>0 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.178__<br>☐ Schedule G _____<br>**Verizon** |
| 3.19<br>1 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.179__<br>☐ Schedule G _____<br>**Verizon Wireless** |
| 3.19<br>2 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.180__<br>☐ Schedule G _____<br>**W&D North America** |
| 3.19<br>3 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.181__<br>☐ Schedule G _____<br>**Waste Connections** |
| 3.19<br>4 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.182__<br>☐ Schedule G _____<br>**Waste Oil Solutions** |
| 3.19<br>5 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.183__<br>☐ Schedule G _____<br>**Waterman Electric** |

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.19<br>6 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.184__<br>☐ Schedule G _____<br>**Webscope** |
| 3.19<br>7 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.185__<br>☐ Schedule G _____<br>**Wells Fargo** |
| 3.19<br>8 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.186__<br>☐ Schedule G _____<br>**Wells Fargo Bank** |
| 3.19<br>9 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.187__<br>☐ Schedule G _____<br>**Wells Fargo Bank NA** |
| 3.20<br>0 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.188__<br>☐ Schedule G _____<br>**Wells Fargo Bank NA** |
| 3.20<br>1 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Amy Wilkowski** |
| 3.20<br>2 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.194__<br>☐ Schedule G _____<br>**Worcester Envelope** |
| 3.20<br>3 | **East Coast Envelope & Graphics**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.195__<br>☐ Schedule G _____<br>**Wycoff Imaging** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.20 4
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.196**___
☐ Schedule G _____
**XPO Logistics**

3.20 5
**East Coast Envelope & Graphics**
**56-15 55th Drive**
**Maspeth, NY 11378**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.133**___
☐ Schedule G _____
**Northstar Pulp & Paper**

3.20 6
**Stephanie Stern**
**55 Bank Street**
**Unit 1521**
**White Plains, NY 10606**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___**2.1**___
**WP North Tower LLC**

| | |
|---|---|
| Debtor 1 | **Leslie F. Stern** |
| Debtor 2 (Spouse, if filing) | **Denise U. Stern** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

# Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $            0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $            0.00 | $            0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ................................................... | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 2,102.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,102.00 | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,102.00 + | $ 0.00 = | $ 2,102.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ 2,102.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:

> Debtor 2 was recently approved for SSI beginning July 2020.  Expected payment is $910/month. Both Debtors have also applied for unemployment and are awaiting approval while they look for work.  Debtors children are supporting them with any deficiency at this time, but will not be able to continue to do so.

Debtor 1    **Leslie F. Stern**

Debtor 2    **Denise U. Stern**
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
     13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.   **Is this a joint case?**

     ☐ No. Go to line 2.

     ■ Yes. **Does Debtor 2 live in a separate household?**

         ■ No

         ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**    ■ No

| Do not list Debtor 1 and Debtor 2.<br><br>Do not state the dependents names. | ☐ Yes. Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| | | _____ | _____ | ☐ No<br>☐ Yes |
| | | _____ | _____ | ☐ No<br>☐ Yes |
| | | _____ | _____ | ☐ No<br>☐ Yes |
| | | _____ | _____ | ☐ No<br>☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

| | | |
|---|---|---|
| 4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.   $ | 1,700.00 |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a.   $ | 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b.   $ | 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c.   $ | 0.00 |
| 4d.   Homeowner's association or condominium dues | 4d.   $ | 0.00 |
| 5.   **Additional mortgage payments for your residence,** such as home equity loans | 5.   $ | 0.00 |

6.  **Utilities:**
    6a.  Electricity, heat, natural gas                              6a.  $                    120.00
    6b.  Water, sewer, garbage collection                           6b.  $                      0.00
    6c.  Telephone, cell phone, Internet, satellite, and cable services   6c.  $               150.00
    6d.  Other. Specify:                                            6d.  $                      0.00
7.  **Food and housekeeping supplies**                             7.   $                  1,250.00
8.  **Childcare and children's education costs**                   8.   $                      0.00
9.  **Clothing, laundry, and dry cleaning**                        9.   $                     35.00
10. **Personal care products and services**                        10.  $                    150.00
11. **Medical and dental expenses**                                11.  $                      0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                   12.  $                    550.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.  $            0.00
14. **Charitable contributions and religious donations**           14.  $                      0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                            15a. $                      0.00
    15b. Health insurance                                         15b. $                      0.00
    15c. Vehicle insurance                                        15c. $                    255.08
    15d. Other insurance. Specify:  **Renter's Insurance**        15d. $                    126.17
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                       16.  $                      0.00
17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1                               17a. $                    879.31
    17b. Car payments for Vehicle 2                               17b. $                    650.00
    17c. Other. Specify:                                          17c. $                      0.00
    17d. Other. Specify:                                          17d. $                      0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18.  $   0.00
19. **Other payments you make to support others who do not live with you.**             $       0.00
    Specify:                                                       19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a. Mortgages on other property                             20a. $                      0.00
    20b. Real estate taxes                                       20b. $                      0.00
    20c. Property, homeowner's, or renter's insurance            20c. $                      0.00
    20d. Maintenance, repair, and upkeep expenses                20d. $                      0.00
    20e. Homeowner's association or condominium dues              20e. $                      0.00
21. **Other:** Specify:  **Public Storage unit (furniture, household goods, files)**   21.  +$    222.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                        $                  6,087.56
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.    $                  6,087.56

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.   23a. $          2,102.00
    23b. Copy your monthly expenses from line 22c above.                 23b. -$          6,087.56

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                        23c. $         -3,985.56

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.    Explain here: **Debtors intend to surrender the vehicles**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Leslie F. Stern** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | **Denise U. Stern** | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | |
| Case number | | |
| (if known) | | |

☐ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| X **/s/ Leslie F. Stern** | X **/s/ Denise U. Stern** |
|---|---|
| **Leslie F. Stern** | **Denise U. Stern** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **April 30, 2020** | Date **April 30, 2020** |

| | |
|---|---|
| Debtor 1 | **Leslie F. Stern** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Denise U. Stern** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

- ☑ Married
- ☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

- ☐ No
- ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **5 Renaissance Square White Plains, NY 10601** | From-To: **2/15/15-2/28/18** | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

- ☑ No
- ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

- ☐ No
- ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that: (January 1 to December 31, 2018 )** | ☐ Wages, commissions, bonuses, tips | **$-3,491,766.00** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ☑ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year:**<br>(January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips | **$-2,991,772.00** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
|  | ■ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| **Insider's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Reason for this payment** |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|

   **Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ■ No
   ☐ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

    **Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|

    **Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster,**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**or gambling?**

■  No
☐  Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐  No
■  Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Reitler Kailas & Rosenblatt LLC**<br>**885 Third Avenue, 20 Fl**<br>**New York, NY 10022** | **Fees for legal services** | **3/4/20** | **$7,500.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■  No
☐  Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■  No
☐  Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■  No
☐  Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage** **7 South Pascack Road** **Spring Valley, NY** | **Denise U. Stern** | **Books, papers, photos, furniture, household goods, paints** | ☐ No ■ Yes |

**Part 9:**  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|
| | | | |

**25.  Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>*(Number, Street, City, State and ZIP Code)* | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **East Coast Envelope & Graphics LLC**<br>**56-15 55th Drive**<br>**Maspeth, NY 11378** | **Envelope Manufacturing**<br><br>**Alan Willinger CPA**<br>**Gettry Marcus CPA, PC**<br>**1407 Broadway, 40 Fl**<br>**New Yotk, NY 10018** | **EIN:**     **20-3918741**<br><br>**From-To**  **8/15/15-2/19/20** |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
■ **Yes. Fill in the details below.**

| Name<br>Address<br>*(Number, Street, City, State and ZIP Code)* | Date Issued |
|---|---|
| **Allied Financial Corp. of Del.**<br>**151 Fries Mill Road**<br>**Ste 503, 2nd Floor**<br>**Turnerville, NJ 08012** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **International Paper**<br>**6400 Poplar Avenue**<br>**Memphis, TN 38119** | |
| **Argo Envelope**<br>**43-10 21st Street**<br>**Long Island City, NY 11101** | |

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Leslie F. Stern | /s/ Denise U. Stern |
|---|---|
| **Leslie F. Stern** | **Denise U. Stern** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date   **April 30, 2020** | Date   **April 30, 2020** |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Leslie F. Stern** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Denise U. Stern** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

---

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **Toyota Financial**<br><br>Description of property securing debt:  **2017 Lexus RX 43,000 miles Debtors intend to surrender** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Creditor's name:  **Toyota Financial**<br><br>Description of property securing debt:  **2016 Lexus NX 83,000 miles Debtors intend to surrender** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |

---

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Leslie F. Stern**                                          X  **/s/ Denise U. Stern**

   **Leslie F. Stern**                                                 **Denise U. Stern**
   Signature of Debtor 1                                            Signature of Debtor 2

   Date    **April 30, 2020**                      Date    **April 30, 2020**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan
                 for family farmers or
                 fishermen

    Chapter 13 - Voluntary repayment plan
                 for individuals with regular
                 income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7:**        **Liquidation**

| | |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $75   | administrative fee |
|   | $275  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $75   | administrative fee |
|   | $310  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Southern District of New York

In re    **Leslie F. Stern**
      **Denise U. Stern**
                                   Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept  .............................................................   $        **7,835.00**

     Prior to the filing of this statement I have received  ........................................   $        **7,500.00**

     Balance Due  ....................................................................................................   $        **335.00**

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ☐ Debtor      ■ Other (specify):    **Debtor's daughter**

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

     **April 30, 2020**
     *Date*

                           **/s/ Yann Geron**
                           **Yann Geron**
                           *Signature of Attorney*
                           **Reitler Kailas & Rosenblatt LLC**
                           **885 Third Avenue**
                           **20th Floor**
                           **New York, NY 10022**
                           **212-209-3050   Fax: 212-371-5500**
                           **ygeron@reitlerlaw.com**
                           *Name of law firm*

In re    **Leslie F. Stern**
       **Denise U. Stern**                       Case No. _____

                                     Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **April 30, 2020**                  **/s/ Leslie F. Stern**

                                         **Leslie F. Stern**
                                         Signature of Debtor

Date:    **April 30, 2020**                  **/s/ Denise U. Stern**

                                         **Denise U. Stern**
                                         Signature of Debtor

```
A DUIE PYLE INC.
650 WESTTOWN ROAD
PO BOX 564
WEST CHESTER, PA 19381


A1 EXPERT SERVICE
91 MARCUS BOULEVARD
HAUPPAUGE, NY 11788


ABOVE & BEYOND
PO BOX 121
FRANKLIN SQUARE, NY 11010


ACADEMY FIRE
42 BROADWAY
LYNBROOK, NY 11563


ADS/COMENITY/VICTORIA
PO BOX 182273
COLUMBUS, OH 43218-2273


ALFRED WILKOWSKI
677 PARK LANE
VALLEY STREAM, NY 11581


ALL PRINTING RESOURCES
140 WEST LAKE DRIVE
GLENDALE HEIGHTS, IL


ALLIED FINANCIAL CORP. OF DEL.
151 FRIES MILL ROAD
STE 503, 2ND FLOOR
TURNERVILLE, NJ 08012


ALLIED KNIFE GRINDING
180 BANGOR STREET
LINDENHURST, NY 11757


ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON, MN 55438


AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998
```

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270


AMERICAN HOLT CORP.
203 CARNEGIE ROW
NORWOOD, MA 02062


AMERICAN PAPER CORP.
26-B EMMA STREET, STE. 1
AMELIA IND PARK
GUAYNABO, PR 00968


AMEX/DSNB
PO BOX 78008
PHOENIX, AZ 85062-8008


AMY WILKOWSKI
677 PARK LANE
VALLEY STREAM, NY 11581


ANDERSON & VREELAND INC.
8 EVANS STREET
FAIRFIELD, NJ 07004


ARGO ENVELOPE
43-10 21ST STREET
LONG ISLAND CITY, NY 11101


ARIES ELECTRIC
59-52 55TH DRIVE
MASPETH, NY 11378


ARMSTRONG TEASDALE LLP
919 THIRD AVENUE
37TH FLOOR
NEW YORK, NY 10022


ASSELIN, SHAWN
14 CRAWFORD TERRACE
RIVERSIDE, CT 06878


ASSOCIATED PACIFIC
724 VIA ALONDRA
CAMARILLO, CA 93012

ATLANTIC STATES
147 GAZZA BOULEVARD
FARMINGDALE, NY 11735


AVRICK, STUART
375 SOUTH END AVENUE
9E
NEW YORK, NY 10280


B.C.S., INC / BUS. CREDIT SOL.
242 EAST OGDEN AVENUE
2ND FLOOR
HINSDALE, IL 60521


BAKER TITAN
25 LAKE STREET
FARMINGDALE, NY 11735


BELLA AND MELVIN SCHOENFELD
16740 COLCHESTER COURT
DELRAY BEACH, FL 33484


BEST BUY
PO BOX 790441
SAINT LOUIS, MO 63179-0441


BEST CUTTING DIE
PO BOX 9217
ELK GROVE VILLAGE, IL 60009


BLUE BRIDGE FINANCIAL LLC
11911 FREEDOM DR.
ONE FOUNTAIN SQUARE, STE. 570
RESTON, VA 20190


BORDERS FOLDING CARTON
501 NORTHPOINT WAY
ACWORTH, GA 30102


BRADEN SUTPHIN INK
WIKOFF COLOR PO BOX 734189
CHICAGO, IL 60673

BUYERS LABORATORY
80 LITTE FALLS ROAD
FAIRFIELD, NJ 07004


CANON SOLUTION AMERICA
ONE CANON PARK
MELVILLE, NY 11747


CAPITAL ONE
PO BOX 6492
CAROL STREAM, IL 60197


CAPITAL ONE / SAKS FIFTH
520 W PARKLAND DRIVE
SANDY, UT 84070


CAPITAL ONE BANK USA NA
PO BOX 90281
SALT LAKE CITY, UT 84130-0281


CAPITAL ONE/L&T
PO BOX 7680
CAROL STREAM, IL 60116-7680


CAPITAL ONE/SAKS
PO BOX 7680
CAROL STREAM, IL 60116-7680


CAPITOL SPRINKLER
51-51 59TH PLACE
WOODSIDE, NY 11377


CASCADES
PO BOX 67364
DETROIT, MI 48267


CAVERT WIRE
PO BOX 602673
CHARLOTTE, NC 28260


CENTURY INDUSTRIAL
26-27 JACKSON AVENUE
LONG ISLAND CITY, NY 11101

CENVEO
PO BOX 802035
CHICAGO, IL 60680


CEO CUTTING EQUIPMENT
817 PLUM ROSE DRIVE
LIBERTY, MO 64068


CHASE AUTO FINANCE
PO BOX 901003
FORT WORTH, TX 76101


CITICARDS CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108


CITIMORTGAGE INC
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108


CITIMORTGAGE INC
PO BOX 6243
SIOUX FALLS, SD 57117-6243


CITIZENS BANK
970 WESTMINSTER STREET
PROVIDENCE, RI 02903


CITY MEDICAL OF UPPER
PO BOX 117091
ATLANTA, GA 30368


CNA INSURANCE
PO BOX 790094
SAINT LOUIS, MO 63179


COMAIRCO EQUIPMENT
28 SCOUTING BLVD. #E
MEDFORD, NY 11763


COMENITY BANK/ANNTYLR
PO BOX 182273
COLUMBUS, OH 43218-2273

```
COMENITY BANK/ATYLRLMC
PO BOX 182273
COLUMBUS, OH 43218


CON EDISON
JAF STATION
PO BOX 1701
NEW YORK, NY 10116


CONTINENTAL LIFT
127-18 FOCH BOULEVARD
SOUTH OZONE PARK, NY 11420


CORAL COLOR PROCESS
50 MALL DRIVE
COMMACK, NY 11725


CRAIG ENVELOPE
220 MILLER PLACE
HICKSVILLE, NY 11801


CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX 75266


CST
PO BOX 415299
BOSTON, MA 02241


CYNGIENT
41 PLYMOUTH STREET
FAIRFIELD, NJ 07004


DC GRAPHICS
59 CENTRAL AVENUE
STE. 15
FARMINGDALE, NY 11735


DENISE U. STERN
55 BANK STREET
UNIT 1521
WHITE PLAINS, NY 10606
```

DEUTCH, MAURY
35 ROXBURY ROAD
ROCKVILLE CENTRE, NY 11570


DEVA'S TRUCKING
21-01 29TH AVENUE
ASTORIA, NY 11102


DIRECT ENERGY
PO BOX 70220
PHILADELPHIA, PA 19176


DR. KENNETH KOBLINER
23 BOND STREET
GREAT NECK, NY 11021


EAST COAST ENVELOPE & GRAPHICS
56-15 55TH DRIVE
MASPETH, NY 11378


EAST TEK SECURITY SYSTEMS
30 GLENN WILD ROAD
ROCK HILL, NY 12775


ECHO GLOBAL
22168 NETWORK PLACE
CHICAGO, IL 60673


EMA GLOBAL
700 SOUTH WASHINGTON
STE. 260
ALEXANDRIA, VA 22314


EMT INTERNATIONAL
780 CENTERLINE DRIVE
ONEIDA, WI 54155


EZ PASS
PO BOX 149001
STATEN ISLAND, NY 10314-5001


FALIK, DR. SHELLEY
PO BOX 40
MARION, IL 62959

FC MEYER
25110 NETWORK PLACE
CHICAGO, IL 60673


FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250


FIVE STAR CARTING
58-35 47TH STREET
MASPETH, NY 11378


GADGE
PO BOX 9471
NEW YORK, NY 10087


GASHO
460 W. GAY STREET
WEST CHESTER, PA 19380


GETTRY MARCUS
1407 BROADWAY
40TH FLOOR
NEW YORK, NY 10018


GLOBAL ELECTRONIC
5325 PALMERO COURT
BUFORD, GA 30518


GLOBAL TRANZ
PO BOX 203285
DALLAS, TX 75320


GOODMAN, DAVID
7 SEMINOLE WAY
BLOOMFIELD, CT 06002


GRANOWITZ, JENNIFER & DANIEL
1775 YORK AVENUE
NEW YORK, NY


H.O. PENN
122 NOXON ROAD
POUGHKEEPSIE, NY 12603

HENKEL
PO BOX 281666
ATLANTA, GA 30384


HUDSON ENERGY
PO BOX 29193
NEW YORK, NY 10087


IMPACT FIRE
42 BROADWAY
LYNBROOK, NY 11563


INTERNAL REVENUE SERVICE
INSOLVENCY UNIT
PO BOX 7317
PHILADELPHIA, PA 19101-7317


INTERNATIONAL PAPER
6400 POPLAR AVENUE
MEMPHIS, TN 38197


INTERSTATE ENVELOPE
MANUFACTURING CORP.
677 PARK LANE
VALLEY STREAM, NY 11581


JAY HAWK
PO BOX 4228
OLATHE, KS 66063


JERE'S HARDWARE
173-05 HORACE HARDING EXPY.
FRESH MEADOWS, NY 11365


JOHN IACONO
230 KNICERBOCKER AVENUE
BOHEMIA, NY 11716


JPMCB AUTO
PO BOX 901076
FORT WORTH, TX 76101-2076


JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850

JULIE CVEK CURLEY, ESQ.
KIRBY AISNER & CURLEY, LLP
700 POST ROAD, STE. 237
SCARSDALE, NY 10583


K.E.B. PEST CONTROL
35 GRASSY SPRAIN ROAD
STE. LL2
YONKERS, NY 10710


KAMAN INDUSTRIAL
PO BOX 74556
CHICAGO, IL 60696


LANCO ADHESIVES
1723 GINESI DRIVE
FREEHOLD, NJ 07728


LEAF CAPITAL FUNDING LLC
2005 MARKET STREET
14TH FLOOR
PHILADELPHIA, PA 19103


LEMLER CAPITAL ADVISORS
ATTN: SETH LEMLER
60 WEST 57TH STREET, APT. 14L
NEW YORK, NY 10019


LENTZ & GENGARO LLP
347 MT. PLEASANT AVE, STE 203
ATTN: DAVID LENTZ, ESQ.
WEST ORANGE, NJ 07052


LEXINGTON TECHNOLOGIES
PO BOX 3214
FARMINGDALE, NY 11735


LIFT PARTS
56-60 59TH STREET
MASPETH, NY 11378


LINDEMEYR MUNROE
PO BOX 416207
BOSTON, MA 02241

LOCAL 210 TEAMSTERS
55 BROAD STREET
11TH FLOOR
NEW YORK, NY 10004


LOVELL SAFETY
110 WILLIAMS STREET
12TH FLOOR
NEW YORK, NY 10038


M.A.J. ENTERPRISES
200 SOUTH SERVICE ROAD
STE. 103
ROSLYN HEIGHTS, NY 11577


M.J. LEMAKU STORAGE INC.
60 OAK DRIVE
SUITE 600
SYOSSET, NY 11971


MACYS/DSNB
PO BOX 78008
PHOENIX, AZ 85062-8008


MARATHON CUTTING DIE
2340 FOSTER AVENUE
WHEELING, IL 60090


MARINA AUERBACH M.D.
18 EAST 77TH STREET
NEW YORK, NY 10075


MARK ANDY
7561 SOLUTIONS CENTER
CHICAGO, IL 60677


MASPETH PALLET
5743 43RD STREET
MASPETH, NY 11378


MOGUL TECHNOLOGY
25 MURRAY AVENUE
PORT WASHINGTON, NY 11050

MULTI PLASTICS
PO BOX 674
LEWIS CENTER, OH 43035


NATIONAL GRID
PO BOX 11741
NEWARK, NJ 07101


NEW PENN MOTOR
24801 NETWORK PLACE
CHICAGO, IL 60673


NISSAN INFINITI LT
PO BOX 660366
DALLAS, TX 75266


NORDSTROM/TD BANK USA
PO BOX 79137
PHOENIX, AZ 85062-9137


NORTHLAND-WILLETT
12 HIGH STREET
PO BOX 2160
PLAINVILLE, MA 02762


NORTHSTAR PULP & PAPER
89 GUION STREET
SPRINGFIELD, MA 01104


NYC DEPT. OF FINANCE
ATTN: BANKRUPTCY
66 JOHN STREET, ROOM 104
NEW YORK, NY 10038


NYC WATER BOARD
PO BOX 11863
NEWARK, NJ 07101


NYS DEPT. TAX AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

```
ONE POINT SYSTEMS
10 PICKERSGILL COURT
QUAY W BUSI VILLAGE
SUDERLAND SR5 2AQ


OXFORD HEALTH PLANS
PO BOX 1697
NEWARK, NJ 07101


PARMCO GLOBAL
PO BOX 670385
DALLAS, TX 75267


PAYCHEX
PO BOX 4482
CAROL STREAM, IL 60197


PERSAUD, BALWAN
71-03 LITTLE NECK PARKWAY
2ND FLOOR
GLEN OAKS, NY 11004


PITNEY BOWES GLOBAL
PO BOX 371887
PITTSBURGH, PA 15250


PIXEL SPECIALTY SOLUTION
228 S. MAIN STREET
SPRING GROVE, PA 17362


PRECISE ROTARY
9250 IVANHOE STREET
SCHILLER PARK, IL 60176


PRESIDENT INDUSTRIAL PRODUCTS
PO BOX 387
MOONACHIE, NJ 07074


PROPUMP
707 WOODFIELD ROAD
WEST HEMPSTEAD, NY 11552
```

PROSTHODONTIC ASSOCIATES
OF LONG ISLAND
1 HOLLOW LANE
LAKE SUCCESS, NY 11042


PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250


RBB TRANSPORT
2941 ROCKAWAY AVENUE
OCEANSIDE, NY 11572


ROBERT RATTNER
22 B STREET
SWAN LAKE, NY 12783


ROSMINI GRAPHIC
1375 BANGOR STREET
COPIAGUE, NY 11726


ROSS ELECTRIC
431 TWIN BRIDGE ROAD
FERNDALE, NY 12734


SACHS, PATRICIA
4200 LELAND STREET
CHEVY CHASE, MD 20815


SARWAL, JANET
89 RESERVOIR AVENUE
WESTFIELD, MA 01085


SCHOENFELD, MELVIN & BELA
11 EARLE DRIVE
SYOSSET, NY 11791


SCHUMACHER & FARLEY PL
77-15 19TH ROAD
2ND FLOOR
EAST ELMHURST, NY 11370

```
SEVEN BRIDGES SUPPLY
8500 BAYCENTER ROAD
STE. 18
JACKSONVILLE, FL 32256


SIMONSON, DR. BARRY G.
3 BLACK ROCK ROAD
MUTTONTOWN, NY 11791


SLOMINS INC.
125 LAUMAN AVENUE
PO BOX 1886
HICKSVILLE, NY 11802


SPARE PART SOLUTIONS
3374 PRECISION DRIVE
ROCKFORD, IL 61109


STAR NYL PAPER & TAPE
75 STOCKHOLM STREET
BROOKLYN, NY 11221


STEPHANIE STERN
55 BANK STREET
UNIT 1521
WHITE PLAINS, NY 10606


STERN, ROBERT & MARIAN
215 EAST 73RD STREET
NEW YORK, NY


SYNC / BROOKS BROTHERS
PO BOX 965005
ORLANDO, FL 32896


SYNCB/BANANA REPUBLIC
PO BOX 960061
ORLANDO, FL 32896-0061


SYNCB/GAP
PO BOX 96001
ORLANDO, FL 32896-0061
```

SYNCB/LORD & TAYLOR
PO BOX 96001
ORLANDO, FL 32896-0061


SYNCB/TJX COS
PO BOX 530948
ATLANTA, GA 30353-0948


T&H COMMACK
59 MALL DRIVE
COMMACK, NY 11725


TARICA, DR. DAVID
145 GOLF VIEW DRIVE
JERICHO, NY 11753


TEAMSTERS LOCAL 210
C/O CROSSROADS HEALTHCARE
PO BOX 090360
STATEN ISLAND, NY 10309


TOP PROMOTIONAL DRIVE
1794 ILLINOIS AVENUE
PERRIS, CA 92571


TOYOTA FINANCIAL
PO BOX 15012
CHANDLER, AZ 85244-5012


TOYOTA MOTOR CREDIT CORP.
5005 N RIVER BOULEVARD NE
CEDAR RAPIDS, IA 52411


TURTLE & HUGHES
1900 LOWER ROAD
LINDEN, NJ 07036


ULINE INC.
PO BOX 88741
CHICAGO, IL 60680


UNISHIPPERS
81-28 MARGARET PLACE
RIDGEWOOD, NY 11385

UNITED PRODUCTS & SERVICE
450 BUTLERSTREET
PITTSBURGH, PA 15223


UPS
55 GLENDALE PARKWAY NE
ATLANTA, GA 30328


VERITIV
PO BOX 644520
PITTSBURGH, PA 15264


VERIZON
PO BOX 15124
ALBANY, NY 12212


VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101


W&D NORTH AMERICA
PO BOX 87-0375
KANSAS CITY, MO 64187


WASTE CONNECTIONS
PO BOX 660654
DALLAS, TX 75266


WASTE OIL SOLUTIONS
109 JERSEY STREET
WEST BABYLON, NY 11704


WATERMAN ELECTRIC
32 NEWELL STREET
BROOKLYN, NY 11222


WEBSCOPE
99 WEST HAWTHORNE AVENUE
STE. 420
VALLEY STREAM, NY 11580


WELLS FARGO
P.O. BOX 5185
SIOUX FALLS, SD 57117-5185

WELLS FARGO BANK
PO BOX 3117
WINSTON SALEM, NC 27102


WELLS FARGO BANK NA
PO BOX 31557
BILLINGS, MT 59107


WELLS FARGO HOME MORTGAGE
PO BOX 10335
CORYDON, IA 50060


WESTMED MEDICAL GROUP
PO BOX 417146
BOSTON, MA 02241-7146


WHITE PLAINS HOSPITAL
41 EAST POST ROAD
WHITE PLAINS, NY 10601


WHITE PLAINS RADIOLOGY
41 EAST POST ROAD
WHITE PLAINS, NY 10601


WOOLCO FOODS INC.
ATTN: STEVEN TOBOROFF
135 AMITY STREET
JERSEY CITY, NJ 07304


WORCESTER ENVELOPE
22 MILLBURY STREET
AUBURN, MA 01501


WP NORTH TOWER LLC
80 STATE STREET
ALBANY, NY 12207-8000


WYCOFF IMAGING
PO BOX 435
MARTINDALE, PA 17549


XPO LOGISTICS
FIVEW AMERICAN LANE
GREENWICH, CT 06831